








BJB    8/29/02    14:04

3:02-M -01908   USA V. BIDDICK

*7*

*CRO.*

CLOSED
FILED
AUG 27 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**BRUCE ALAN BIDDICK,**<br><br>Defendant. | Magistrate Case<br>No. **02 mg 1908**<br><br>**ORDER OF REMOVAL** |

An indictment was filed in the Southern District of Florida, charging defendant BRUCE ALAN BIDDICK with Title 18, United States Code, Sections 1346, 1343, 1341, 371, and 2; Title 15, United States Code, Sections 78j(b) and 78ff(a); and Title 17, Code of Federal Regulations, Section 240.10b-5 - conspiracy to commit wire, mail and securities fraud, wire fraud, mail fraud and securities fraud. Defendant BRUCE ALAN BIDDICK was arrested on August 13, 2002, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant BRUCE ALAN BIDDICK then posted a criminal bond and waived an identity hearing pursuant to Rule 40 of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant BRUCE ALAN BIDDICK appear before the duty United States Magistrate Judge, Southern District of Florida, Miami Division, 300 N. East 1st Avenue, Miami, Florida on September 30, 2002, at 1:30 p.m. for further proceedings.

Dated: 8-27-02

HONORABLE CYNTHIA G. AARON
United States Magistrate Judge
**Southern District of California**

PMC:dke/August 26, 2002



# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

August 29, 2002

Clerk, U.S. District Court
SOUTHERN DISTRICT OF FLORIDA
300 NORTHEAST FIRST AVE
MIAMI, FL 33132

    Re: 02MG1908, USA v BRUCE ALAN BIDDICK

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet |    | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| X | Minute Order Appointing Counsel |    | Detention Order |
|    | Corporate Surety Bond | X | Waiver of Removal |
| X | Personal Surety Bond | | |
|    | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __B. BORJA__
B.Borja, Deputy Clerk